IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

VS.                                          CASE NO. 06-CR-40020-001
                                             CASE NO. 06-CR-40020-002

LILIAN PINEDA and
RAUL VARGAS,
a/k/a RAUL VARGAS-CANELA                                                             DEFENDANTS

## ORDER

    Before the Court is the United States of America's Motion to Dismiss.  (Doc. 17-1).  The United States of America seeks to have this case dismissed without prejudice as to both Defendants pursuant to Federal Rule of Criminal Procedure 48(a).  Upon consideration, the Court is satisfied that the Motion to Dismiss should be and hereby is **GRANTED**.

    It is therefore ordered that the Indictment in the above-entitled and numbered cause, filed on September 27, 2006, be **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**, this 6th day of December, 2006.

                                       /s/Harry F. Barnes
                                     Hon. Harry F. Barnes
                                     United States District Judge